## WIGHT & WESLOSKY *v.* SCHMIDT.

FISH, J. 1. No cause for reversing a judgment denying a new trial is presented by a general assignment of error, that the verdict is contrary to the charge of the court, or to a specified portion thereof (*Athens Mfg. Co.* v. *Rucker*, 80 *Ga.* 291; *Roberts* v. *Keeler*, ante, 181); nor by a complaint merely alleging that the court erred in refusing, upon the request of movant, to rule out the testimony of a certain witness which related to a specified subject, such testimony not being otherwise indicated, and the ground upon which it was sought to be excluded not being stated; nor

\

by an assignment of error in general terms upon a specified portion of the judge's charge, when the portion so excepted to states a sound proposition of law in the abstract, or when it embraces two or more distinct propositions, at least one of which is abstractly correct (*Anderson* v. *Southern Ry. Co.*, 107 *Ga.* 500); nor by a general complaint that the court erred in refusing to admit in evidence a certain letter, there being no allegation that it was offered by the movant (*Ponder* v. *Walker*, 107 *Ga.* 753).

2. The evidence, though conflicting, was amply sufficient to warrant the verdict.　　　　*Judgment affirmed. All the Justices concurring.*

Argued July 18, — Decided August 7, 1900.

Complaint. Before Judge Seabrook. Washington superior court. May term, 1899.

*D. H. Pope* and *Gignilliat & Stubbs*, for plaintiffs.
*Garrard & Meldrim*, for defendant.